# DeBOTTIS & SCHAAL

Attorneys at Law
312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

DIRECT PHONE (315) 363-6888
FAX           (315) 363-6801

February 3, 2011

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

Re: Gordon Walter & Arlene Ann Symonds
    Bankruptcy Case No. 09-63099

Dear Sirs:

Enclosed please find Check No. 111 made payable to the United States Bankruptcy Court f/b/o JP Morgan Chase Bank in the amount of $783.56. The original check was not cashed within 90 days of issuance.

2/4/11 mO

The original check was sent to JP Morgan Chase Bank, N.A., JP Morgan Chase, NA Student Loan – Private, 201 N. Central Ave., Phoenix, AZ 85004-0073.

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

Rec: # 61100141